IN RE LISA K. ET AL.*
(8749)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued October 3—decision released October 12, 1990

*Melissa A. Buckley,* for the appellant (respondent mother).

*Paul J. Bakulski,* assistant attorney general, with whom, on the brief, was *Clarine Nardi Riddle,* attorney general, for the appellee (petitioner).

*Lynn Jenkins,* for the minor children.

PER CURIAM. The judgment is affirmed.

---

*In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 2026, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.